The first is No. 17-1570, Imperium IP Holdings v. Samsung Electronics. Mr. Edel. Good morning, Your Honors, and may it please the Court. The Board's obviousness determination is erroneous and should be reversed because it is based on incorrect assumptions about the Shimada reference, the only reference relied upon by the Board for the 029 patent. With our time together, I'll focus on the Board's assumption that Shimada teaches its pre-flashed data and its lookup table are stored as separate files. This assumption is wrong, because while Shimada discusses storing data in its raw memory, it never indicates that its pre-flashed data is stored in a file that's separate from its lookup table. Without this assumption, the Board had no basis to find that modifying Shimada would reduce the number of files stored in its raw memory, which is the key to the Board's motivation findings. Using incorrect assumptions like this and hindsight bias, the Board overstepped its authority by crafting its own sui sponte motivations to modify Shimada. The harm here is significant because the Board's sui sponte motivations are unsupported by the record and are fundamentally flawed as a technical matter. Are you saying, because this is a little bit different than the way you presented it in your brief, but are you saying that because of the fact that we're talking about one ROM, that even storing these things in a different format doesn't necessarily conserve storage space because there's nothing to do with that storage space? Exactly, Your Honor. And that shows that when the Board runs with its own theories and speculations about the technology, that the harm can rise with these sort of sui sponte motivations because ROM is static memory. It's burned into the chip at the time of manufacture. Any unused ROM space can't later be freed up by the computer to save information or delete to make up more space. So this shows that the Board's speculation about the technology led to the erroneous result of finding motivation. And this Court has explained in cases like NRECAL and in LA Biomedical that the Board errs when it speculates about the technology. And I, like Judge O'Malley, see your argument, as you articulated a moment ago, to be somewhat different than it was in the brief. Are you saying that Shimada doesn't store the information in two separate places? Your Honor, as Samsung set out in its arguments, and as the evidence that it relies on shows, that Shimada, when it discusses its lookup table, and when it discusses its... But you're not answering my question. Are you suggesting that Shimada doesn't show the storage of this information in two separate places, part of it in a lookup table and part of it elsewhere? Yes, Your Honor. That is the argument, that Shimada does not show that these are stored in separate files, which is the assumption that... But the petitioner's expert said they were, and isn't that substantial evidence for the Board to conclude that they were stored separately? Well, if you look at Mr. Pirolsky's opinions, Your Honor, Mr. Pirolsky does not address the issue of whether the preflash data is stored in a file separate from the lookup table. That's a conjecture that's brought up by the Board on its own. There's no evidence from Mr. Pirolsky or the only other evidence, the Shimada reference, that these sort of data points are stored in separate files. I thought he testified that the motivation would be to avoid separate storage. Mr. Pirolsky testified in one paragraph, this is the entire basis of Samsung's motivation, one paragraph, paragraph 108, that modifying Shimada would eliminate the separate data locations. It never discusses the issue that was the basis of the Board's conclusion about different files. I understand that's a different issue, but to the extent that if one reads the Board as saying it eliminates separate data structures, I heard you to suggest that that wasn't supported by substantial evidence, which seems to me difficult because the Samsung expert testified that there were separate data structures and the motivation to combine would be based on the elimination of two separate data structures. Yes, but the problem with the Board doing it to respond to motivation is that there is no connection in the record between data structures being eliminated and the data being different files that being consolidated would lead to a conservation of storage space. There's no connection between those. So, you suggest that Samsung argued one thing and the Board relied on something else? Yes, Your Honor, and it's compounded here because the Board's reliance on a different theory or speculation about the technology led to this incorrect assumption of conflating ROM memory with RAM memory. But they, I mean, it's a question of how you read the Board's opinion because in A-22, they do say that Petitioner argues precisely that Shimada teaches these limitations of person of ordinary skill and they have reason to modify the teaching to achieve these limitations of Claims 1714, namely to store the various pieces of data in a single look-up table, which is the same, is it not, as Samsung had argued. Well, that summary is reflected of what Samsung's theory is, but when it comes to the actual motivation to do so, which is discussed later in the Board's decision, the Board's basis is the idea of reducing the number of files stored in ROM to conserve storage space. That was the actual motivation and that's the focus of our argument here, Your Honors, is that even if we take Samsung's argument... If they'd said nothing more than they said at A-22, the part that I just read you, what would be wrong with that? I'm just reading A-22, Your Honor, to make sure I give you a full answer. I mean, the way I read, Your Honor, is this statement is simply summarizing what the elements are taught in the prior art. It doesn't explain why a person of skill would choose to modify Shimada's look-up table to add these pre-flash values. Well, it says namely to store the various pieces of data in a single look-up table. That's what they're identifying, at least at that point, as the motivation. You're right, Your Honor, that one could interpret that, but that wasn't... We did interpret it that way. What would be wrong with it? Well, what would be wrong is it's not supported by the evidence, Your Honor. How so? Because there's no evidence in the record that what Samsung argues are the pre-flash values are stored in a separate file from the look-up table. So, there's no benefit. Is it your position that tables and files are different? Absolutely, Your Honor. As we explained in our reply brief, that is another speculation that the Board does, which doesn't comport with the actual facts. Because, as we explained, if we do take the Board's logic here, then a person of skill would have chose to simply move the pre-flash values and put them in the same file as a look-up table, not to include them in that look-up table. Because Shimada teaches that what it wants to do is design a look-up table that uses a geometric sequence to organize main flash values, not main flash values and pre-flash values. Shimada's look-up table is focused solely on these main flash values. The only reason to add these pre-flash values is hindsight, Your Honor, because there is no benefit, based upon the paragraph that we discussed on A22, or this idea of conserving storage space, to move these together other than hindsight. But when you say other than hindsight, so what are you saying? There's no value in putting them together? Absolutely, Your Honor. It actually undermines Shimada's goals of designing a look-up table that includes just main flash values and uses a geometric sequence to organize those values. Now, Samsung is trying to squeeze in pre-flash values, which are unrelated to the main flash values and are not based upon a geometric sequence, into the look-up table. It wants to tack those on to the end, which brings us to the board's other sui sponte motivation. The board also said that a person would be motivated to change the data intervals in the entries for the look-up table to add the pre-flash values in without increasing the memory capacity used for the look-up table. Now, this, again, is sui sponte. It wasn't raised or addressed, or it wasn't raised by... But you certainly had notice of the board's theory. I mean, that was in their institution decision, right? This latter motivation was not, Your Honor. This is a totally new motivation about changing the data intervals in order to add the pre-flash values. This was not an institution decision. It was put forth for the first time in the final written decision. I'm sorry. Didn't you say in your... I guess I'm looking at at least a quote in the board opinion at 25, a quote from your patent owner response that seems to have pretty clearly understood the saving of storage space point being made. It says, patent owner contends that, quote, the institution decision presumes that Shimada must store a pre-flash preparatory power value and storage in one table rather than two may conserve storage space. Yeah. I mean, doesn't that say we understand what the point is that's being made? Your Honor, this statement is accurate, but there's two motivations that the board relied on in its final written decision. The one that we've discussed, the idea of conserving storage space, which is what this sentence refers to, and the latter motivation, which is the idea that a person be motivated to change the data intervals and the lookup table in order to add in these pre-flash values without making the table longer. But wasn't the reference to data integrals really almost identical to their reference to storage space? I mean, that was their discussion of how to conserve storage space. Well, Your Honor, that's why the harm here... I don't see them as two different motivations. Well, Your Honor, respectively, I mean, this shows why the harm in making these sort of... The board going on its own with its own motivation theories is so problematic because we're left with guessing about what the board speculated and its motivation to modify. If we look at what it actually said, though, in its determination, it makes a distinction between adding on a piece of pre-flash to the lookup table, which would make the table longer, which actually undermines Shimada's goals. That's the conservation of motivation theory. And then on the other hand, the board later explains that, wait, another motivation would be changing the data intervals so that the table isn't even longer when we add the pre-flash data values. So, these two sort of sui sponte motivations are not actually supported by anything other than Mr. Pirolsky's conclusory opinions because it's not in Shimada. And it's also inconsistent with the fundamental teachings of the technology that in raw memory, there is no benefit to this sort of conserving storage space. It wasn't recognized... Shimada and 029 do basically the same thing, using basically the same equation, and it's just a slight difference in how they treat the variables, right? That was the board summary, but that is factually incorrect, Your Honor, because 029, and it's claimed in Claim 1 and the other independent claims, specifies that a lookup table has to include these preparatory values, which sometimes we refer to as pre-flash. The table has to include the preparatory strobe duration that's associated with a preparatory power value. Now, the board and Samsung concedes that nowhere in the prior art has anyone ever done this where it uses these sort of preparatory values to organize a lookup table. Shimada points to using solely main flash values to organize this lookup table, and it does that because the main flash is being used with a lookup table. Shimada doesn't teach using a lookup table for its pre-flash procedures. So, the 029 is starkly different than the Shimada reference. While they obviously do share some characteristics in common, namely predetermining pre-flash values and generating pre-flashes, the actual lookup table is organized extremely different and achieves different results. You're into your rebuttal time. Do you want to say the rest of it? Yes, Your Honor. Thank you. Mr. Pepe, is that how you pronounce it? Mr. Post, actually. Mr. Pepe's up next.             Mr. Post.               Mr. Post.  Mr. Post. Mr. Post. Mr. Post. Mr. Post. Mr. Post. Mr. Post. Mr. Post. Mr. Post. Mr. Post. Mr. Post. Know the answer to this pepper point raised in the opening argument is that there's no connection between a lookup table and a file. That's incorrect. Shimada says, There's a confusion here that what we're talking about is designing the ROM in the first place, rather than rewriting what's already on the ROM. I think that that is part of the concern, yeah, the confusion your honor. What Shimada talks about in ROM is you have this lookup table, it is stored. You have K, that's a predetermined value stored through experiment beforehand. Those are certainly fixed values. That's what Shimada tells us. Once that's known, you have some size for these data structures. Lookup table on a file, K in some other structure. And if those are combined in one, like Mr. Pirolsky set forth in his testimony, there would be a benefit. You would need less storage space for that one data structure than multiple data structures. Can you show me where your expert ever referred to storage space? So Mr. Pirolsky, so in the petition, at page 33, note 20 was where this motivation to modify comes from. Mr. Pirolsky's paragraph 108 was cited as support along with Shimada itself. I'm sorry to bother you, but 108s and 33s don't do it for me when I have a joint appendix. So the joint appendix, so for response to Judge O'Malley's question, the Pirolsky declaration paragraph 108 appears at appendix 1958, and it carries over to 1960. And Your Honor, the relevant language appears three lines from the bottom of 1958 where Mr. Pirolsky says, alternatively, a procedure would also have found it obvious and advantageous to include the predetermined duration and corresponding relative amount of emitted light as for the preliminary emission in the lookup table. So he's saying take that pre-flash power. Wait, where are you? 1958. 1959. 1959. Yes, the paragraph begins there. Very bottom of 1958. Very bottom. Last three lines, Your Honor, beginning with alternatively. So he's saying in those lines, take that preliminary, that pre-flash power and duration, those things we know are correlated from Shimada, put that in the lookup table, quote, because it would eliminate the need for a separate data structure or memory location for storing. So what I'm trying to understand is that in order for us to conclude that the board's motivation to combine or discussion of motivation to combine was accurate in light of the record, we'd have to conclude, A, that there was some value to conserving storage space, and that B, there was some relationship between your data structure position, which is all your expert talked about, and conserving storage space. And I'm not sure that I see where either is the case based on this record. So I just read the portion of Mr. Parulski's declaration. But he doesn't talk about conserving storage space. He does talk about storage space. He doesn't use conservation as his language. That language first. He talks about data structures. He talks about eliminating the need for a separate data structure, correct. He's saying you have two or more, you only need one. How is data structure, the form of structure, the same as conserving storage space? So by going from two to one, two data structures of some form down to one, you would necessarily save storage space. What we know from Imperium's reply brief is that things like data structures, files, Shimada uses files, they have inherent properties, unique properties that go along with them, overhead if you will. And by eliminating the need for two of something and going to one, you have a savings there. What Mr. Parulski talked about throughout the trial proceedings. You just, what were you citing to or pointing to as establishing that a data structure has a certain amount of overhead that can be shared instead of duplicated? So that concept was one that actually Imperium set forth in its reply brief, in the gray brief at page 16. It talks, the quote is, a file after all is itself a unique structure with unique properties in computer science. Something we agreed with. That's it? That's correct, Your Honor. So wait, their reply brief is establishing the evidence that you needed to support the board's conclusion? No, no. To be clear, what they're talking about is they're acknowledging that files have properties, that files take space, that data structures have some space element. We think that that's undisputed. The evidence that the board relied upon was, again, Mr. Parulski's initial testimony's declaration along with... But this whole point of the gray brief is to say that a file and a table can't be treated synonymously. Right, and we know from Shimada... you're not altering a file, right? Wrong, because Shimada paragraph 34 says, our lookup table is stored in a file. Well it's stored in a file, but, so I don't understand what you're benefiting, how the file is benefiting from altering, from making the table shorter. So what's the benefit is more broadly to the memory itself. So ROM 16 we know has this lookup table on a file, it has in Shimada a separate K value, and we know, again, undisputed, that there is a duration that's associated with that file, with that K value, my apologies. The duration is what's used to control the flash. You say there is a duration associated with the K, are you saying that somewhere in that ROM is recorded a duration associated with the K value, which is also recorded? Shimada doesn't say expressly, but what we know is that in accordance with Shimada paragraph 45, I believe, that appears in appendix 604, the amount of emitted light is controlled by duration, that's the variable that's used to ultimately fire the strobe, and Samsung established in the trial proceedings that there would be this correlation, that's something that's not disputed here on appeal. So what we don't know from Shimada expressly is where that duration appears, it could be in a table along with K, it could be in a third data structure, what we do know is by eliminating those separate structure or structures and including that information in the lookup table, that file, that there would be a savings. I still don't understand, so you're restructuring the file, but that doesn't mean there's anything more you can do with that file, or that there's anything more you can do with the ROM.  So there need not necessarily be a restructuring of the file itself, what we know from the 029 patent in figure 6, this is the lookup table, it's at appendix 58. You just told me that restructuring the table restructures the file, now are you backing off of that? Restructuring the, all I'm saying is that the lookup table is in a file, and what Mr. Perulski testified to, again, during the proceedings in his second deposition, this was something that he was examined on, was, well you have this 64 row table, that's the format of Shimada's lookup table, the file, if you're adding a row, is that a reformulation, is that adding more space, he says not necessarily, it may be a small incremental addition, or you can accomplish the same thing using that same 64 row table, and that was part of the discussion, that's where this idea of interval adjustment, I think first became part of the proceedings, they were debating how are we going to accomplish this conservation, how are we going to accomplish including these four pieces of information in that single table, and what he discussed, this comes again from Shimada, is that if you do increase intervals, you have the potential of creating a coarser operating strobe, but what Shimada also says in that same paragraph 35. But this isn't, that's a totally different potential motivation, it may have been one that you contemplated when you filed your petition, but it's not one that the board accepted. Respectfully, we think it is, that the idea of interval adjustment is an implementation question, if you're going to go from two or more data structures to one, what happens, how do you do that? What Mr. Pirolsky testified to is. But you still haven't told me how going to different data structures conserves any storage space, and if there's any value in conserving storage space, because the whole point is, is somebody going to be motivated to do this in order to save storage space? And A, if you're not really saving storage space, or B, if saving storage space is useless, then you've got a problem with that motivation, right? So it's not useless, by having a smaller amount of memory, you either free up memory for some other use during programming, or you use a smaller ROM, those are two different. But what's your response to your friend's argument that it actually does not free up memory for some other use? That would only be true if you have... The board didn't make that specific finding, by the way, but how do you free it up if it actually doesn't work that way? So only if you have some fixed sized ROM, and you have now less use, you have some unused space, in that circumstance, you wouldn't have a savings, but that's not what's contemplated here, where Shimada is, in fact, describing this information being determined experimentally and stored beforehand. So we do think you would get that savings, you could use a smaller ROM. As to Mr. Parulsky's testimony about where that conservation comes from, again, he testified, you have right now two or more, that's what Shimada says, you have a lookup table file, you have K, and you have this duration value, again, the parties don't dispute, is at least accessible to. This is the only memory in the Shimada system, so it's either there or accessible to that memory. That requires multiple... Am I correct that you need to account for adding K by increasing integrals, right? There are two ways that Mr. Parulsky testified you could do that. You could add a row, that would make a 64 row table a 65 row table. His testimony was that really wouldn't have much of an effect on the overall size, or you could increase the interval to keep the 64 row structure and have one row that provides that K. But then there wouldn't be a saving. There would be a saving because you no longer have the data structure that used to store K. That's the idea that... He certainly testified that there would be a motivation to combine the two into a single table. Is the idea that he testified that if you combine the two, then you would use the intervals to reduce the storage space? Is that the theory? He testified that there are a few alternatives. One thing he was examined on in his deposition was the idea that there could be an adjustment to the intervals so that if you had... Does he say that there would be a motivation to adjust the intervals? He did not say there was a motivation to adjust the intervals. That was an implementation question that he was being examined on. His motivation was, I don't need multiple structures. I can use only one, and I can use the existing data, or I can add this row. So he just thought as someone who is looking at the computer structure, that's nicer to have simpler data structures, but as somebody who's putting it together. But he did not testify to any advantage from that. He testified as a person with 30 years in the industry, chief scientist at Digital Cameras at Kodak, that there would be an advantage. You would not have to have two data structures. You could have one. The board understood that to be the conservation of storage argument. What they, in the institution... Did they cite any evidence to support that proposition? They cited his testimony. What evidence did the other side introduce to say you don't actually save anything by eliminating a second memory location? There was no evidence to that point. The arguments that were made by Imperium below were really that this data was never used in the first place, and those aren't arguments that are made here. The Ram-Ram argument, the evidence that they purportedly cite to in the reply actually comes from the next appeal. It's a different record. So there was nothing as to that argument, either below or even in the opening brief or contention. Certainly, that's waived. Okay. Thank you, Mr. Foster. Thank you, Your Honors. I've only got about two minutes. Would you mind answering the question I just asked your friend on the other side? You're making an important distinction about, okay, so you get one memory location instead of two, and you're saying, so what? It doesn't save you anything. What evidence? And the board clearly understood their expert to kind of mean something like we're actually conserving resources, and that's a good thing. And whether the board could do that or not might depend on whether you gave them specific reason to think otherwise. And by reason, I don't mean lawyer reason. I mean evidence reason. Yes, Your Honor. So there's two parts. There's two answers to that question, two parts to the answer, excuse me. The first is the evidence that all that we need comes from Shimada itself, because as Samsung concedes, Shimada already teaches that its memory already includes the lookup table, the pre-flash duration, and the pre-flash power value. So these elements already exist in memory. But that's not addressing the question that Judge Delana asked you about, and that is whether you had a witness who said that combining these two different storage locations would not conserve storage space. Well, in the record before us, Your Honor, there is nothing that I could point to from our expert, Dr. Wright. Certainly, Dr. Wright explained how these motivations were unfounded, but it focused on Samsung's theory about elimination of data structures. But if we actually look at what the evidence teaches, and again, the second part of my conclusion is going to be that it's always Samsung's burn to prove obviousness. And so all we have to do is show why there's no evidence to support that conclusion. But the evidence that we need to determine that Samsung's motivation is baseless is all we have to do is look at Shimada itself, because Shimada already teaches that these three elements are in its memory. So moving all those pieces of information into one file does not conserve any storage space. I mean, it certainly would, wouldn't it, as a logical matter if the lookup table continued to be 64 by shrinking the gaps? That brings us to an important point, Your Honor. That argument was not put forth in Samsung's petition. At A108 is where Samsung puts forth its theory about modification. In there, it undisputedly says that their motivation would result in a lookup table that is longer, that it adds the pre-flash data to the pre-existing lookup, to the pre-existing, adds the pre-flash data to the pre-existing lookup table. So Shimada is actually getting a longer lookup table through this process. Now, moving these pieces of data into a different- Maybe getting a longer lookup table, but the question is whether it is, takes less storage space than having the two separate. And again, Your Honor, this speaks to why the board should not go off on its own speculations, because there is no evidence that relates the ideas of Mr. Pirolsky's discussion of data structures with the idea of conserving storage space by rearranging information in files. That is not in the record, and again, it's Samsung's burden to show that. Now, the- Okay, I think most of the questions were out of time. Thank you, Your Honor. Thank you, Mr. Adle.